UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Ricardo Hernandez
Plaintiff

v.

CA:07-410S

A.T. Wall, et al
Defendant

**O R D E R**

The Attorney General is hereby ordered to file its response to the Petitioner's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before November 26, 2007.

BY ORDER

Karen Baldwell
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
United States District Judge

DATE: 11/13/07