**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Ricardo Hernandez**

**Petitioner**

**V.** **Case Number: C.A. NO. 07-410S**

**A.T. Wall, et al**

**Respondent**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Respondent, A.T. Wall, et al against the Petitioner, Ricardo Hernandez pursuant to the Court's Text Order dated December 11, 2007 granting State of Rhode Island's Motion to Dismiss Petitioner's Petition for Writ of Habeas pursuant to 28 U.S.C. § 2254.**

**BY ORDER:**

**December 11, 2007**
**Date**

**Deputy Clerk**